**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re:** | |
| **D SAN JOSE, LLC,** | **Case No. 25-43157 (BTR)** |
| **Debtor.** | **Chapter 11** |

**NOTICE OF NON-PARTIES (I) JAGMOHAN DHILLON, (II) GALAXY MANAGEMENT COMPANY, LLC, AND (III) SUDHA L. POTLA'S WITHDRAWL OF MOTION TO QUASH AND FOR PROTECTIVE ORDER FROM CHOICE HOTELS, INC.'S NEW YEAR'S EVE PRODUCTION SUBPOENAS**

**[Relates to Docket 68]**

TO THE HONORABLE BRENDA T. RHOADES,
CHIEF U.S. BANKRUPTCY JUDGE:

Non-parties Jagmohan Dhillon, Galaxy Management Company, LLC, and Sudha L. Potla by and through their undersigned counsel, hereby withdraw their *Emergency Motion to Quash and for Protective Order regarding subpoenas issued by Choice Hotels, Inc.* [Dkt. 68] because the underlying motion is moot due to a resolution amongst the parties regarding the scope and timing of the subpoenas.

Date: January 8, 2026.

Respectfully submitted,

*/s/ Victor G. Solyanik*
Mark A. Castillo
Texas State Bar No. 24027795
Robert C. Rowe
Texas State Bar No. 24086253
Victor G. Solyanik
Texas State Bar No. 24143426
**CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P.**
901 Main Street, Suite 5500
Dallas, TX 75202
Telephone: 214-855-3000
Facsimile: 214-580-2641
Email: markcastillo@ccsb.com
rrowe@ccsb.com
vsolyanik@ccsb.com

***Counsel for Jagmohan Dhillon, Amandeep Dhillon, Galaxy Management Company, LLC, and Sudha L. Potla***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on all parties receiving ECF-Notice in this case, including counsel for Choice Hotels, Inc., Hugh Ray at hugh.ray@pillsburylaw.com, and Mark Stromberg at mark@strombergstock.com on this 8th day of January 2026.

*/s/ Victor G. Solyanik*
Victor G. Solyanik