IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| D SAN JOSE LLC, | § | CASE NO. 25-43157 |
| | § | (Chapter 11) |
| DEBTOR | § | |

# **DEBTOR'S WITNESS AND EXHIBIT LIST**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

D San Jose LLC (the "Debtor") files this Witness and Exhibit List for the hearing set on January 13, 2025 at 1:30 p.m. on (i) Debtor's Emergency Motion for Use of Cash Collateral [ECF 12] and (ii) Choice Hotel's International, Inc.'s Motion for a Chapter 11 Trustee under 11 U.S.C. §1104 [ECF 53], and for all future hearings on its motion.

## **WITNESSES**

The Debtor may call the following witnesses:

A. Larry Williams

B. Jagmohan Dhillon

C. Luigi Major, MAI – TS Worldwide, LLC

Debtor reserves the right to call and/or cross-examine any witness identified by any other party and to call any rebuttal witnesses.

## **EXHIBITS**

At the hearing, the Debtor may present one or more of the following Exhibits.

| Exhibit No. | Description | Offered | Admitted | Refused |
|---|---|---|---|---|
| A | Docket Sheet | | | |
| B | Debtor's Emergency Motion for Use of Cash Collateral [Docket No. 12] | | | |
| C | Debtor's Proposed Budget October 2025 to April 2026 | | | |

| | | | | |
|---|---|---|---|---|
| D | Certificate of Service [Docket No. 19] regarding Order Regarding Request for Expedited Hearing | | | |
| E | Interim Order for Use of Cash Collateral [Docket No. 33] | | | |
| F | Payment of $80,000 adequate protection payment for November 2025 and December 2025 | | | |
| G | D San Jose LLC Inter-affiliate Transfers | | | |
| H | Insurance Policy Endorsements listing Debtor as Insured and Choice as Notified Party and Loss-Payee | | | |
| I | Evidence of Commercial Property Insurance | | | |
| J | Debtor's Property Tax Escrow Account 8815 Statements | | | |
| K | Third Party Management Agreement between Debtor and American Hospitality Services, Inc. | | | |
| L | Weekly Reports from November 28, 2025, to January 8, 2026 | | | |
| M | Debtor's $10,000 excess Adequate Protection Payment on December 11, 2025 | | | |
| N-1 | Agreed Order Continuing Final Hearing [Docket No. 43] | | | |
| N-1 | Interim Order Continuing Final Hearing / Extending Use Cash Collateral [Docket no. 57] | | | |
| O | Appraisal of Super 8 / Motel 6 at 2560 Fountaine Road, San Jose, CA 95121 | | | |
| P | Debtor's Monthly Operating Reports for October 2025 [Docket No. 73] and November 2025 [Docket No. 74] | | | |
| Q | Debtor in Possession Bank Statements | | | |
| R | Closed Pre-Petition Accounts at Chase and East West Bank | | | |
| S | Document Employing Larry Williams as Corporate Representative by D San Jose LLC | | | |
| T | Title Report by Old Republic Title Company | | | |
| U | Larry Williams CV | | | |

Debtor reserves the right to offer any exhibit identified by any other party and/or to offer any exhibits for rebuttal or impeachment.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Fax)
Email: jstanford@qslwm.com
Email: rnealon@qslwm.com

By: *__/s/ Rian F. Nealon__*
John Paul Stanford
State Bar No. 19037350
Rian F. Nealon
State Bar No. 24149243

ATTORNEYS FOR D SAN JOSE LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2026, a true and correct copy of the foregoing document was served via ECF electronic filing and/or first-class mail, postage prepaid, on the United States Trustee at Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702 and upon Counsel for Movant:

Hugh M. Ray
Joshua Stenhjem
609 Main Street, Suite 2000
Houston, Texas 77002

Patrick E. Fitzmaurice
31 West 52nd Street
New York, NY 10019-6131

*__/s/ Rian F. Nealon__*
Rian F. Nealon