**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **D SAN JOSE LLC,** | § | **Case No. 25-43157 (BTR)** |
| **Debtor.** | § | **Chapter 11** |
| | § | |

**ORDER GRANTING MOTION TO APPOINT A CHAPTER 11 TRUSTEE**

Upon *Choice Hotels International, Inc.'s Motion to Appoint a Chapter 11 Trustee Under 11 U.S.C. §1104* filed on December 22, 2025 (the "Motion") in the above-referenced case; and upon the hearings held before this Court on January 13, 2026, January 14, 2026, and January 16, 2026; and good and sufficient notice of the Motion and hearings having been given and no other or further notice being required; and upon the record of the hearings and all proceedings in the above-referenced case; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and objections, if any, to the relief requested in the Motion having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefore,

**THE COURT HEREBY FINDS**:

A. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

B. Cause exists under section 1104 of the Bankruptcy Code for the appointment of a chapter 11 trustee, including due to inconsistencies in the Debtor's books and records that call into question their accuracy and reliability and warrant review by an independent fiduciary. It is, therefore,

**ORDERED, ADJUDGED AND DECREED** that the Motion is **GRANTED** because the Court finds cause under 11 U.S.C. § 1104. The Office of the United States Trustee is directed to take appropriate steps to appoint a chapter 11 trustee as soon as reasonably practicable. It is further

**ORDERED** that during the period prior to the appointment of the chapter 11 trustee, the Debtor shall continue to operate pursuant to this Court's orders authorizing the Debtor's use of cash collateral and in the ordinary course of business and the Debtor and its non-Debtor affiliates shall not take any actions outside of the ordinary course of business with respect to the Debtor and its property (including the Debtor's books and records), including recharacterizing transactions or interests or making any other changes to the Debtor's books and records. It is further

**ORDERED** that, for the avoidance of any doubt, the existing third-party management company shall remain in place unless and until the chapter 11 trustee determines otherwise. It is further

**ORDERED** that appointment of the chapter 11 trustee is subject to the Debtor's right to seek termination of the trustee's appointment under 11 U.S.C. § 1105 and the Debtor's right under 11 U.S.C. § 1121 to file a chapter 11 plan, which may also be filed by the chapter 11 trustee.

Signed on 01/23/2026

Brenda T. Rhoades SD

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE