**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **D SAN JOSE LLC,** | § | **Case No. 25-43157-BTR-11** |
| | § | |
| **Debtor.** | § | |

**ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE**

Came on for consideration, the United States Trustee's Application to Approve Appointment of Chapter 11 Trustee filed in the above-entitled case. It appearing Behrooz P. Vida was selected by the United States Trustee after consulting with the appropriate parties-in-interest, that Mr. Vida appears to be qualified under 11 U.S.C. §321(a) to serve as Chapter 11 Trustee in this case, and that Mr. Vida represents that he has no connection with the United States Trustee or any persons employed by the United States Trustee, it is therefore

ORDERED that the appointment of Behrooz P. Vida as Chapter 11 Trustee in this case is approved.

Signed on 02/06/2026

Brenda T. Rhoades SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE