**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **D SAN JOSE LLC,** | § | **Case No. 25-43157 (BTR)** |
| **Debtor.** | § | **Chapter 11** |
| | § | |

**ORDER GRANTING CHOICE'S OMNIBUS MOTION FOR**
**RULE 2004 SUBPOENAS AND SETTING STATUS HEARING UNDER 11 U.S.C. §105**

Upon *Choice Hotels International, Inc.'s Omnibus Motion For Document Production From Related Parties Under Federal Rule of Bankruptcy Procedure 2004* filed on May 13, 2026 (the "Motion") in the above-referenced case; and good and sufficient notice of the Motion having been given and no other or further notice being required; and pursuant to the negative-notice language contained in the Motion and applicable local rules, parties in interest were afforded an opportunity to object to the Motion; the deadline to object to the Motion has passed. An objection was filed by Jagmohan Dhillon and Amandeep Dhillon (collectively, the "Dhillons") [ECF No. 116]. Counsel for the Dhillons has agreed to accept service of the subpoenas directed to the Dhillons via email; and the Court having been advised that the objection of Stabilis Lending LLC ("Stabilis") [ECF No. 121] has been resolved consensually, and Stabilis is not subject to this Order; and the objection of the Debtor [ECF No. 117] was addressed at the hearing; and the Court having determined that the legal and factual bases set forth in the Motion establish cause for a portion of the relief requested in the Motion; and therefore the Motion is granted in part herein; and after due deliberation and sufficient cause appearing:

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED IN PART**.

**ORDERED** that, pursuant to Federal Rule of Bankruptcy Procedure 2004, Choice Hotels International, Inc. is authorized to issue and serve subpoenas for document production, together

with a copy of this Order, upon the persons and entities identified on Schedule 1 attached hereto and incorporated herein by reference, in accordance with Federal Rules of Bankruptcy Procedure 2004 and 9016 and Federal Rule of Civil Procedure 45, as applicable, with each subpoena to contain document requests consistent with the illustrative forms attached to the Motion as Exhibits A, B, C, and D, as applicable based on the category of Related Party. As discussed on the record, Choice will coordinate with the Trustee as appropriate regarding the final document requests and subpoenas; and it is further

**ORDERED** that, pursuant to Federal Rule of Bankruptcy Procedure 2004, Choice Hotels International, Inc. is authorized to issue and serve subpoenas for document production, together with a copy of this Order, upon Jagmohan Dhillon and Amandeep Dhillon in accordance with Federal Rules of Bankruptcy Procedure 2004 and 9016 and Federal Rule of Civil Procedure 45, as applicable, with such subpoenas to contain document requests substantially consistent with the forms attached to the Omnibus Reply [ECF No. 132] as Exhibits F and G, respectively; email to counsel of record shall constitute effective service upon the Dhillons; and it is further

**ORDERED** that each subpoena issued pursuant to this Order may request document production within thirty (30) days after service of such subpoena (conferring as needed and granting such extensions as are customary and professional) and shall state, for the applicable subpoena target, the date, time, and location for document production.

**ORDERED** that, nothing in this Order limits the rights of any person or entity served with a subpoena or document request to object, move to quash, seek a protective order, assert privilege, or raise any other objection available under applicable law; provided, however, that all parties and subpoena recipients are required to confer in good faith on all discovery disputes; and nothing in

this Order confers standing or rights that do not otherwise exist under applicable law; and it is further

Signed on 7/16/2026

Brenda T. Rhoades KC

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

**Schedule 1**

**Non-Objecting Related Parties**[1]

**A Control Persons and Members**

| # | Related Party | Relationship to the Debtor | Discovery Subject Matter[2] |
|---|---|---|---|
| **1** | Jose Motel LLC | sole member | ownership verification |
| **2** | Ghazal Abbas | manager of sole member | governance authority |
| **3** | JAV Ghelani Holdings LLC | tax return member | undisclosed ownership |
| **4** | Mazbauddin Mahabub | tax return member | undisclosed ownership |
| **5** | Milan G. Mody | tax return member | undisclosed ownership |
| **6** | Piyush Ghelane/Ghelani | tax return member | undisclosed ownership |
| **7** | Ronak Khichadia | tax return member | undisclosed ownership |
| **8** | Sanjeev Bhanot | tax return member | undisclosed ownership |
| **9** | Sudha Potla* | tax return member | undisclosed ownership |
| **10** | Vijay Mathur | tax return member | undisclosed ownership |
| **11** | Galaxy[3]** | management company and affiliate | control and fund routing |
| **12** | D San Jose RE LLC | affiliated real estate entity | asset overlap |
| **13** | Larry Williams | corporate representative/Orchid Hospitality President | de facto control |

[1] Certain Related Parties are intentionally listed in more than one category because they occupy multiple roles. * Designates a party that appears in two categories. ** Designates a party that appears in three categories. *** Designates a party that appears in all four categories.

[2] For organizational reference.

[3] Short-hand entity names have the meaning given to them in the Motion.

**B Books and Records Holders, Tax Preparers, and Bookkeepers**

| # | Related Party | Relationship to the Debtor | Discovery Subject Matter |
|---|---|---|---|
| **14** | Anwer Azam CPA PC | tax preparer | tax/ownership discrepancies |
| **15** | Jai Singh | books and records custodian | financial records |
| **16** | Sudha Potla* | books and records custodian | financial records |
| **17** | Ankit Batra | accountant/bookkeeper | ledger entries |
| **18** | Gaurav Arora | accountant/bookkeeper | ledger entries |
| **19** | Naveen Kumar | accountant/bookkeeper | ledger entries |
| **20** | Vibhu Kaul | accountant/bookkeeper | ledger entries |
| **21** | Carlos Cuevas | Galaxy employee (COO) | operational control/fund routing |
| **22** | Scott Nadel | former Galaxy employee (COO) | operational control/fund routing |
| **23** | Luis/Louis Dominguez | Galaxy employee (auditor/accounts receivable) | financial records/intercompany transfers |
| **24** | Dhanrag | Galaxy employee (accounts payable) | ledger entries/intercompany transfers |
| **25** | Rahul | Galaxy employee (accounts payable) | ledger entries/intercompany transfers |
| **26** | Cindy Sillivent/Sillivant/Silivant | Galaxy employee (administrator) | records custody/communications |
| **27** | Brinka | Galaxy employee (office administrator) | records custody/communications |
| **28** | Nayna/Nayana | Galaxy employee (generalist) | records custody/communications |
| **29** | Priyinka | Galaxy employee (receptionist) | records custody/communications |
| **30** | Mahjabeen (JB) Abbas | former Galaxy employee | records custody/communications |

**C Parties to Intercompany Affiliate Equity Contributions or Loans**

| # | Related Party | Relationship to the Debtor | Discovery Subject Matter |
|---|---|---|---|
| **31** | 23rd Avenue Hotel Partners 1 LLC | affiliate transferee/transferor | intercompany transfers |
| **32** | 23rd Avenue Hotel Partners 2 LLC | affiliate transferee/transferor | intercompany transfers |
| **33** | 9th Avenue Hotel Partners LLC | affiliate transferee/transferor | intercompany transfers |
| **34** | D 2760 Santa S LLC* | affiliate transferee/transferor | intercompany transfers |
| **35** | D 3145 Santa N LLC* | affiliate transferee/transferor | intercompany transfers |
| **36** | D Airport Operating LLC | affiliate transferee/transferor | intercompany transfers |
| **37** | D Airport SLC LLC* | affiliate transferee/transferor | intercompany transfers |
| **38** | D Aurora Hotel LLC* | affiliate transferee/transferor | intercompany transfers |
| **39** | D Boulder LLC | affiliate transferee/transferor | intercompany transfers |
| **40** | D Burrito LLC | affiliate transferee/transferor | intercompany transfers |
| **41** | D Cali LLC* | affiliate transferee/transferor | intercompany transfers |
| **42** | D Cap LLC* | affiliate transferee/transferor | intercompany transfers |
| **43** | D Casa Investment LLC | affiliate transferee/transferor | intercompany transfers |
| **44** | D Clara Operating LLC | affiliate transferee/transferor | intercompany transfers |
| **45** | D Fort Hotel LLC* | affiliate transferee/transferor | intercompany transfers |
| **46** | D Koval LLC | affiliate transferee/transferor | intercompany transfers |
| **47** | D Koval Mezz LLC | affiliate transferee/transferor | intercompany transfers |
| **48** | D Lassen LLC* | affiliate transferee/transferor | intercompany transfers |
| **49** | D Lehi LLC* | affiliate transferee/transferor | intercompany transfers |
| **50** | D Martin LLC | affiliate transferee/transferor | intercompany transfers |
| **51** | D Mid Operating LLC | affiliate transferee/transferor | intercompany transfers |
| **52** | D Midvale LLC* | affiliate transferee/transferor | intercompany transfers |
| **53** | D Mod Hotel LLC* | affiliate transferee/transferor | intercompany transfers |
| **54** | D Murray LLC* | affiliate transferee/transferor | intercompany transfers |
| **55** | D Ogden Hotel LLC* | affiliate transferee/transferor | intercompany transfers |
| **56** | D Pet Motel LLC | affiliate transferee/transferor | intercompany transfers |
| **57** | D Pet Motel Operating LLC | affiliate transferee/transferor | intercompany transfers |
| **58** | D Petaluma LLC* | affiliate transferee/transferor | intercompany transfers |
| **59** | D Reno Hotel LLC* | affiliate transferee/transferor | intercompany transfers |
| **60** | D RI Tracy LLC | affiliate transferee/transferor | intercompany transfers |
| **61** | D Rosa North LLC | affiliate transferee/transferor | intercompany transfers |

**C Parties to Intercompany Affiliate Equity Contributions or Loans**

| # | Related Party | Relationship to the Debtor | Discovery Subject Matter |
|---|---|---|---|
| 62 | D Rosa North Operating LLC | affiliate transferee/transferor | intercompany transfers |
| 63 | D Rosa South LLC | affiliate transferee/transferor | intercompany transfers |
| 64 | D Rosa South Operating LLC | affiliate transferee/transferor | intercompany transfers |
| 65 | D SF Hotel LLC* | affiliate transferee/transferor | intercompany transfers |
| 66 | D Shiri Food LLC | affiliate transferee/transferor | intercompany transfers |
| 67 | D Shiri LLC* | affiliate transferee/transferor | intercompany transfers |
| 68 | D Silicon LLC* | affiliate transferee/transferor | intercompany transfers |
| 69 | D Thor Hotel LLC* | affiliate transferee/transferor | intercompany transfers |
| 70 | D Trac Hotel LLC* | affiliate transferee/transferor | intercompany transfers |
| 71 | D Tracy T LLC | affiliate transferee/transferor | intercompany transfers |
| 72 | D Tur Hotel LLC* | affiliate transferee/transferor | intercompany transfers |
| 73 | D Walnut LLC* | affiliate transferee/transferor | intercompany transfers |
| 74 | D Wood Hotel LLC* | affiliate transferee/transferor | intercompany transfers |
| 75 | Dhillon Hospitality LLC | affiliate transferee/transferor | intercompany transfers |
| 76 | Dhillon Hotel LLC | affiliate transferee/transferor | intercompany transfers |
| 77 | Galaxy** | affiliate transferee/transferor/credit card holder | intercompany transfers |
| 78 | Gurughar Inc. | Affiliate transferee | Intercompany transfers |
| 79 | Koval Motel LLC | affiliate transferee/transferor | intercompany transfers |
| 80 | Sacramento Airport Lodging LLC | affiliate transferee/transferor | intercompany transfers |
| 81 | Salt Lake Guest LLC | affiliate transferee/transferor | intercompany transfers |
| 82 | Salt Lake Hotels LLC | affiliate transferee/transferor | intercompany transfers |
| 83 | SLC TP TX LLC* | affiliate transferee/transferor | intercompany transfers |
| 84 | Thornco Hospitality Holdings LLC | affiliate transferee/transferor | intercompany transfers |
| 85 | D SFO/DSF | unidentified affiliate transferee/transferor | intercompany transfers |
| 86 | LA Quinta | unidentified affiliate transferee/transferor | intercompany transfers |
| 87 | Residence In Fargo | unidentified affiliate transferee/transferor | intercompany transfers |
| 88 | SLC Airport | unidentified affiliate transferee/transferor | intercompany transfers |
| 89 | SLC MAIN | unidentified affiliate transferee/transferor | intercompany transfers |
| 90 | Chicago Title Insurance* | closing agent | fund disbursement |
| 91 | DM Funding LLC* | lender/equity account payee | fund routing |
| 92 | First American Title Insurance* | closing agent | fund disbursement |

**C Parties to Intercompany Affiliate Equity Contributions or Loans**

| # | Related Party | Relationship to the Debtor | Discovery Subject Matter |
|---|---|---|---|
| **93** | G6 Hospitality Franchising* | franchise counterparty | payment verification |
| **94** | D Winne Hotel LLC* | credit card account holder/affiliate | unauthorized payments |
| **95** | Dirigo Hospitality LLC | credit card account holder/affiliate | unauthorized payments |
| **96** | Dirigo Hospitality Procurement, LLC | credit card account holder/affiliate | unauthorized payments |
| **97** | Jagmit Mann | authorized card user/Orchid Hospitality member | unauthorized expenditures |
| **98** | Jasspreet Dhillon | authorized card user | unauthorized expenditures |
| **99** | Manish Panchal | authorized card user | unauthorized expenditures |
| **100** | Narinder Dhillon* | authorized card user | unauthorized expenditures |
| **101** | Galaxy HG Mahwah LLC | affiliate with funds represented for plan contribution | fund ownership/availability |
| **102** | Legacy Hotel LLC | affiliate with funds represented for plan contribution | fund ownership/availability |

**D Other Loan and Transaction Counterparties**

| # | Related Party | Relationship to the Debtor | Discovery Subject Matter |
|---|---|---|---|
| **103** | GreenLake Asset Management LLC | portfolio lender | cross-collateralization |
| **104** | GreenLake Real Estate Finance LLC | portfolio lender | cross-collateralization |
| **105** | Underground Lending LLC | portfolio lender | cross-default |
| **106** | NewcrestImage CH LLC | insider/affiliate obligation payee | insider debt payoff; coordinated enterprise |
| **107** | Black Bear Capital | closing lender | closing funds |
| **108** | Itria Ventures LLC | third-party lender | loan payoff |
| **109** | Harwant Dhillon | GreenLake guarantor | cross-collateralization |
| **110** | Narinder Dhillon* | GreenLake guarantor | cross-collateralization |
| **111** | Mandeep Kaur Dhillon | GreenLake guarantor | cross-collateralization |
| **112** | Paramjit/Param Jit Kaur | GreenLake guarantor | cross-collateralization |
| **113** | Surendar Singh | GreenLake guarantor | cross-collateralization |
| **114** | 70th Hospitality Operations LLC | GreenLake guarantor | cross-collateralization |
| **115** | D 2760 Santa S LLC* | GreenLake guarantor | cross-collateralization |
| **116** | D 3145 Santa N LLC* | GreenLake guarantor | cross-collateralization |
| **117** | D Airport SLC LLC* | GreenLake guarantor | cross-collateralization |
| **118** | D Aurora Hotel LLC* | GreenLake guarantor | cross-collateralization |
| **119** | D Cali LLC* | GreenLake guarantor | cross-collateralization |
| **120** | D Cap LLC* | GreenLake guarantor | cross-collateralization |
| **121** | D Center LLC | GreenLake guarantor | cross-collateralization |
| **122** | D Farm LLC | GreenLake guarantor | cross-collateralization |
| **123** | D Flag T LLC | GreenLake guarantor | cross-collateralization |
| **124** | D Fort Hotel LLC* | GreenLake guarantor | cross-collateralization |
| **125** | D Greeley LLC | GreenLake guarantor | cross-collateralization |
| **126** | D Lassen LLC* | GreenLake guarantor/Underground co-borrower | cross-collateralization |
| **127** | D Lehi LLC* | GreenLake guarantor | cross-collateralization |
| **128** | D Midvale LLC* | GreenLake guarantor | cross-collateralization |
| **129** | D Mod Hotel LLC* | GreenLake guarantor | cross-collateralization |
| **130** | D Murray LLC* | GreenLake guarantor | cross-collateralization |
| **131** | D Ogden Hotel LLC* | GreenLake guarantor | cross-collateralization |
| **132** | D Petaluma LLC* | GreenLake guarantor | cross-collateralization |
| **133** | D Reno Hotel LLC* | GreenLake guarantor | cross-collateralization |
| **134** | D SF Hotel LLC* | GreenLake guarantor | cross-collateralization |

**D Other Loan and Transaction Counterparties**

| # | Related Party | Relationship to the Debtor | Discovery Subject Matter |
|---|---|---|---|
| **135** | D Shiri LLC* | GreenLake guarantor | cross-collateralization |
| **136** | D Silicon LLC* | GreenLake guarantor | cross-collateralization |
| **137** | D Thor Hotel LLC* | GreenLake guarantor | cross-collateralization |
| **138** | D Town LLC | GreenLake guarantor | cross-collateralization |
| **139** | D Trac Hotel LLC* | GreenLake guarantor/Underground co-borrower | cross-collateralization |
| **140** | D Tur Hotel LLC* | Underground co-borrower | cross-collateralization |
| **141** | D Vaca Hotel LLC | GreenLake guarantor | cross-collateralization |
| **142** | D Walnut LLC* | GreenLake guarantor/Underground co-borrower | cross-collateralization |
| **143** | D Winne Hotel LLC* | GreenLake guarantor | cross-collateralization |
| **144** | D Wood Hotel LLC* | GreenLake guarantor | cross-collateralization |
| **145** | DIA Investments LLC | GreenLake guarantor | cross-collateralization |
| **146** | Elko Hospitality Inc. | GreenLake guarantor | cross-collateralization |
| **147** | Galaxy** | GreenLake guarantor | cross-collateralization |
| **148** | Pueblo TX Hotels LLC | GreenLake guarantor | cross-collateralization |
| **149** | Sierra Hospitality Inc. | GreenLake guarantor | cross-collateralization |
| **150** | SLC TP TX LLC* | Underground co-borrower | cross-collateralization |
| **151** | Sparks Hotels LLC | GreenLake guarantor | cross-collateralization |
| **152** | Chicago Title Insurance* | title/escrow agent | disbursement tracing |
| **153** | First American Title Insurance* | title/escrow agent | disbursement tracing |
| **154** | G6 Hospitality Franchising* | franchisor | payment verification |
| **155** | Orchid Hotels/Orchid Global Hospitality LLC | insider-related payroll payee | unauthorized debits |