**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **In re :** | § | |
| | § | |
| **D SAN JOSE LLC,** | § | **Case No. 25-43157 (BTR)** |
| **Debtor.** | § | |
| | § | |

**NOTICE OF SUBPOENAS TO CONTROL PERSONS AND MEMBERS**

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 and Federal Rule of Civil Procedure 45, and in accordance with the *Order Granting Choice's Omnibus Motion for Rule 2004 Subpoenas* [Dkt. 141] (the "Order"), Choice Hotels International, Inc. will serve the attached *Subpoenas to Produce Documents, Information, or Objects* (collectively, the "Subpoenas") on the following non-parties identified as Control Persons and Members in Category A of Schedule 1 to the Order: Jose Motel LLC, Ghazal Abbas, JAV Ghelani Holdings LLC, Mazbauddin Mahabub, Milan G. Mody, Piyush Ghelani, Ronak Khichadia, Sanjeev Bhanot, Sudha Potla, Vijay Mathur, Galaxy Management Company LLC, Galaxy Hotels, Galaxy Hotels Group, Galaxy Holding Group LLC, Galaxy Holding Group JD LLC, Galaxy Construction LLC, D San Jose RE LLC, and Larry Williams, requesting production of certain documents identified in Exhibit A to each Subpoena. True and correct copies of the Subpoenas are attached hereto as "**Exhibit 1**" through "**Exhibit 18**," respectively, in the order listed above. A copy of the Order is being served with the Subpoenas.

PLEASE TAKE FURTHER NOTICE that each Subpoena demands the production of all documents specified in Exhibit A thereto at the production location, and by the date and time, set forth in the applicable Subpoena, which in each case is within thirty (30) days after service as authorized by the Order.

Date: August 13, 2026 **Pillsbury Winthrop Shaw Pittman LLP**

By: */s/ Hugh M. Ray, III*
Hugh M. Ray, III
TX Bar No. 24004246
Joshua Stenhjem
TX Bar No. 24151465
609 Main Street, Suite 2000
Houston, TX 77002
Telephone: 713-276-7600
Facsimile: 713-276-7634
hugh.ray@pillsburylaw.com
joshua.stenhjem@pillsburylaw.com

*--and--*

Patrick E. Fitzmaurice
N.Y. Bar No. 4093852
Andrew V. Alfano
N.Y. Bar No. 5525241
31 West 52nd Street
New York, NY 10019-6131
Telephone: 212-858-1000
Facsimile: 212-858-1500
patrick.fitzmaurice@pillsburylaw.com
andrew.alfano@pillsburylaw.com

***Counsel for Choice Hotels International, Inc.***

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 13, 2026 a true and correct copy of this Notice of Subpoenas was served electronically through the Bankruptcy Court's CM/ECF system on all parties who have consented to electronic service. The Subpoenas and Order will be served separately on each of the Control Persons and Members identified in Schedule 1, Category A to the Order.

*/s/ Hugh M. Ray, III*
Hugh M. Ray, III