**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| D SAN JOSE LLC, | § | Case No. 25-43157-btr |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

# ORDER GRANTING MOTION TO REJECT EXECUTORY CONTRACT WITH GALAXY

On this day, came on for consideration the *Motion to Reject Executory Contract with Galaxy* [Docket No. 130] (the "Motion"), filed by Behrooz P. Vida as Chapter 11 Trustee (the "Trustee") seeking approval of the Court to allow the Trustee to reject the Contract between Galaxy and the Debtor, as more particularly set forth in the Motion. No notice of hearing on said Motion need be given and no objections have been filed. It is therefore,

**ORDERED** that the Trustee is authorized to reject the Contract between Galaxy and the Debtor effective as of the date of the entry of this order.

Signed on 8/19/2026

Brenda T. Rhoades KC

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE