Joyce W. Lindauer
State Bar No. 21555700
Lindauer & Vaughn
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR NON-DEBTOR
SUBPOENAED PARTIES

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **D SAN JOSE LLC,** | § | **CASE NO. 25-43157-btr** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**OBJECTION AND RESPONSE TO NOTICE**
**OF SUBPOENAS TO CONTROL PERSONS AND MEMBERS**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COME NOW Jose Motel LLC, Ghazal Abbas, JAV Ghelani Holdings LLC, Mazbauddin Mahabub, Milan G. Mody, Piyush Ghelani, Ronak Khichadia, Sanjeev Bhanot, Sudha Potla, Vijay Mathur, Galaxy Management Company LLC, Galaxy Hotels, Galaxy Hotels Group, Galaxy Holding Group LLC, Galaxy Holding Group JD LLC, Galaxy Construction LLC, D San Jose RE LLC, and Larry Williams (the "Non-Debtor Subpoenaed Parties"), and file this Objection and Response to Notice of Subpoenas to Control Persons and Members [Dkt. No. 154], and respectfully state as follows:

1. On August 13, 2026, Choice Hotels International, Inc. filed its Notice of Subpoenas to Control Persons and Members [Dkt. No. 154], providing notice of subpoenas seeking the production of documents from certain identified non-parties.

2. Without waiving any applicable objections, privileges, protections, or other rights, the Non-Debtor Subpoenaed Parties and/or applicable responding parties will produce

nonprivileged documents responsive to the subpoenas that are within their respective possession, custody, or control.

3. To the extent responsive documents are located following a reasonable search, such documents will be produced in accordance with the applicable production requirements.

**WHEREFORE**, the Non-Debtor Subpoenaed Parties respectfully request that the Court take notice of the foregoing response and grant such other and further relief to which the Non-Debtor Subpoenaed Parties may be entitled.

Dated: August 27, 2026.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR NON-DEBTOR
SUBPOENAED PARTIES

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 27, 2026, a true and correct copy of the foregoing document was served via email through the Court's ECF system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer