**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **In re :** | § | |
| | § | |
| **D SAN JOSE LLC,** | § | **Case No. 25-43157 (BTR)** |
| **Debtor.** | § | |
| | § | |

**NOTICE OF SUBPOENAS TO PARTIES TO INTERCOMPANY AFFILIATE EQUITY CONTRIBUTIONS OR LOANS**

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 and Federal Rule of Civil Procedure 45, and in accordance with the *Order Granting Choice's Omnibus Motion for Rule 2004 Subpoenas* [Dkt. 141] (the "Order"), Choice Hotels International, Inc. will serve the attached *Subpoenas to Produce Documents, Information, or Objects* (collectively, the "Subpoenas") on the following persons and entities encompassed by Category C, "Parties to Intercompany Affiliate Equity Contributions or Loans," of Schedule 1 to the Order (collectively, the "Category C Recipients"), requesting production of certain documents identified in Exhibit A to each Subpoena. True and correct copies of the Subpoenas are attached hereto as **Exhibits 1 through 80**, respectively, as set forth below. A copy of the Order will be served with each Subpoena.

| Exh. | Subpoena Recipient | Exh. | Subpoena Recipient |
|---|---|---|---|
| 1 | 23rd Avenue Hotel Partners 1 LLC | 41 | D Tracy T LLC |
| 2 | 23rd Avenue Hotel Partners 2 LLC | 42 | D Tur Hotel LLC |
| 3 | 9th Avenue Hotel Partners LLC | 43 | D Walnut LLC |
| 4 | D 2760 Santa S LLC | 44 | D Wood Hotel LLC |
| 5 | D 3145 Santa N LLC | 45 | Dhillon Hospitality LLC |
| 6 | D Airport Operating LLC | 46 | Dhillon Hotel LLC |
| 7 | D Airport SLC LLC | 47 | Galaxy Management Company LLC |
| 8 | D Aurora Hotel LLC | 48 | Galaxy Hotels |
| 9 | D Boulder LLC | 49 | Galaxy Hotels Group |
| 10 | D Burrito LLC | 50 | Galaxy Holding Group LLC |
| 11 | D Cali LLC | 51 | Galaxy Holding Group JD LLC |
| 12 | D Cap LLC | 52 | Galaxy Construction LLC |

| Exh. | Subpoena Recipient | Exh. | Subpoena Recipient |
|---|---|---|---|
| 13 | D Casa Investment LLC | 53 | Gurughar Inc. |
| 14 | D Clara Operating LLC | 54 | Koval Motel LLC |
| 15 | D Fort Hotel LLC | 55 | Sacramento Airport Lodging LLC |
| 16 | D Koval LLC | 56 | Salt Lake Guest LLC |
| 17 | D Koval Mezz LLC | 57 | Salt Lake Hotels LLC |
| 18 | D Lassen LLC | 58 | SLC TP TX LLC |
| 19 | D Lehi LLC | 59 | Thornco Hospitality Holdings LLC |
| 20 | D Martin LLC | 60 | D SFO/DSF |
| 21 | D Mid Operating LLC | 61 | LA Quinta |
| 22 | D Midvale LLC | 62 | Residence In Fargo |
| 23 | D Mod Hotel LLC | 63 | SLC Airport |
| 24 | D Murray LLC | 64 | SLC MAIN |
| 25 | D Ogden Hotel LLC | 65 | Chicago Title Insurance |
| 26 | D Pet Motel LLC | 66 | DM Funding LLC |
| 27 | D Pet Motel Operating LLC | 67 | DM Funding 2 LLC |
| 28 | D Petaluma LLC | 68 | First American Title Insurance |
| 29 | D Reno Hotel LLC | 69 | G6 Hospitality Franchising LLC |
| 30 | D RI Tracy LLC | 70 | G6 Hospitality Property LLC |
| 31 | D Rosa North LLC | 71 | D Winne Hotel LLC |
| 32 | D Rosa North Operating LLC | 72 | Dirigo Hospitality LLC |
| 33 | D Rosa South LLC | 73 | Dirigo Hospitality Procurement, LLC |
| 34 | D Rosa South Operating LLC | 74 | Jagmit Mann |
| 35 | D SF Hotel LLC | 75 | Jasspreet Dhillon |
| 36 | D Shiri Food LLC | 76 | Manish Panchal |
| 37 | D Shiri LLC | 77 | Narinder Dhillon |
| 38 | D Silicon LLC | 78 | Galaxy HG Mahwah LLC |
| 39 | D Thor Hotel LLC | 79 | Galaxy HG Mahwah LLC (NV) |
| 40 | D Trac Hotel LLC | 80 | Legacy Hotel LLC |

PLEASE TAKE FURTHER NOTICE that each Subpoena demands the production of all documents specified in Exhibit A thereto at the production location, and by the date and time, set forth in the applicable Subpoena, which in each case is within thirty (30) days after service as authorized by the Order.

Date: September 28, 2026 **Pillsbury Winthrop Shaw Pittman LLP**

By: /s/ Hugh M. Ray, III
Hugh M. Ray, III
TX Bar No. 24004246
Joshua Stenhjem
TX Bar No. 24151465
609 Main Street, Suite 2000
Houston, TX 77002
Telephone: 713-276-7600
Facsimile: 713-276-7634
hugh.ray@pillsburylaw.com
joshua.stenhjem@pillsburylaw.com

*--and--*

Patrick E. Fitzmaurice
N.Y. Bar No. 4093852
Andrew V. Alfano
N.Y. Bar No. 5525241
31 West 52nd Street
New York, NY 10019-6131
Telephone: 212-858-1000
Facsimile: 212-858-1500
patrick.fitzmaurice@pillsburylaw.com
andrew.alfano@pillsburylaw.com

***Counsel for Choice Hotels International, Inc.***

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 28, 2026 a true and correct copy of this Notice of Subpoenas was served electronically through the Bankruptcy Court's CM/ECF system on all parties who have consented to electronic service. The Subpoenas and Order will be served separately on each of the Category C Recipients identified in Schedule 1, Category C to the Order.

/s/ Hugh M. Ray, III
Hugh M. Ray, III