Form ntchrgBKv2

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Texas**

Bankruptcy Case No.: 25−43157
Chapter: 11
Judge: Brenda T. Rhoades

In Re:

D San Jose LLC

## NOTICE OF COURT PROCEEDING

A hearing will be held on

***Tuesday, November 3, 2026***

at

***09:30 AM***

to consider and act upon document 165 − Non−Parties' Jagmohan And Amandeep Dhillon's Motion To Quash And For Protective Order, Or, Alternatively, Modify Rule 2004 Subpoena To Answer Azam CPA PC And Brief in Support Filed by Amandeep Dhillon, Jagmohan Dhillon (Portela, Jose)Modified on 10/5/2026 (pr). Additional attachment(s) added on 10/5/2026 (pr). filed as document number 165 .
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Wednesday, October 7, 2026

Jason K. McDonald
Clerk, U.S. Bankruptcy Court